IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

BELINDA M. BROOKS,

                Plaintiff,         Case No. 3:11 CV 1455

    -vs-

                                       <u>JUDGMENT ENTRY</u>

LEHMAN BROTHERS BANK etc., et al.,

               Defendant.

KATZ, J.

     For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Court declines to exercise jurisdiction over Brooks' declaratory judgment action and the matter is hereby dismissed.

     FURTHER ORDERED that Defendant's motion to dismiss, (Doc. 11), Plaintiff's motion to strike, (Doc. 16), and Plaintiff's motion to take judicial notice (Doc. 17) are denied as moot. Case closed.

                                                          <u> s/ *David A. Katz* </u>
                                                           DAVID A. KATZ
                                                           U. S. DISTRICT JUDGE